William W. Drury, #005238
John A. Klecan, #019159
Jeffrey S. Hunter, #024426
Charles S. Hover, III, #010007
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone:  (602) 307-9900
Facsimile:   (602) 307-5853
E-mail:   wdrury@rcdmlaw.com
        jklecan@rcdmlaw.com
        jhunter@rcdmlaw.com
        chover@rcdmlaw.com

*Attorneys for Defendant BLEFA Kegs, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittney Semone, | No. 3:19-cv-08129-PCT-SMB |
| Plaintiff, | |
| v. | **BLEFA KEGS, INC.'S ANSWER** |
| BLEFA Gmbh, a German company with limited liability; Blefa Kegs, Inc., a Delaware corporation; Sabco, Inc., an Ohio corporation, Dixon Valve & Coupling Company, LLC, a Maryland limited liability company; Doe Individuals I through X; And Roe legal entities I through X, | |
| Defendants. | |

For its Answer to the First Amended Complaint, Defendant Blefa Kegs, Inc. admits, denies and alleges as follows:

## THE PARTIES

1.      Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 1 of the First Amended Complaint and, therefore, denies them.

2.      Paragraph 2 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3. Paragraph 3 of the First Amended Complaint requires no response from this Defendant.

4. Paragraph 4 of the First Amended Complaint requires no response from this Defendant.

5. Paragraph 5 of the First Amended Complaint requires no response from this Defendant.

6. Paragraph 6 of the First Amended Complaint requires no response from this Defendant.

7. Defendant admits paragraph 7 of the First Amended Complaint.

8. Defendant admits paragraph 8 of the First Amended Complaint.

9. Defendant admits paragraph 9 of the First Amended Complaint.

10. Defendant admits paragraph 10 of the First Amended Complaint.

11. Paragraph 11 of the First Amended Complaint requires no response from this Defendant.

12. Paragraph 12 of the First Amended Complaint requires no response from this Defendant.

13. Paragraph13 of the First Amended Complaint requires no response from this Defendant.

14. Paragraph 14 of the First Amended Complaint requires no response from this Defendant.

15. Paragraph 15 of the First Amended Complaint requires no response from this Defendant.

16. Paragraph 16 of the First Amended Complaint requires no response from this Defendant.

17. Paragraph 17 of the First Amended Complaint requires no response from this Defendant.

18. Paragraph 18 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

19.   Paragraph 19 of the First Amended Complaint requires no response from this Defendant.

20.   Paragraph 20 of the First Amended Complaint requires no response from this Defendant.

21.   Paragraph 21 of the First Amended Complaint requires no response from this Defendant.

## JURISDICATION AND VENUE

22.   Defendant incorporates by reference paragraphs 1-21 of this Answer.

23.   Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 23 of the First Amended Complaint and, therefore, denies them.

24.   Paragraph 24 of the First Amended Complaint requires no response from this Defendant.

25.   Defendant admits paragraph 25 of the First Amended Complaint.

26.   Paragraph 26 of the First Amended Complaint requires no response from this Defendant.

27.   Paragraph 27 of the First Amended Complaint requires no response from this Defendant.

28.   On information and belief, Defendant admits paragraph 28 of the First Amended Complaint.

29.   Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 29 of the First Amended Complaint and, therefore, denies them.

30.   Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 30 of the First Amended Complaint and, therefore, denies them.

31.   Answering paragraph 31 of the First Amended Complaint for this answering Defendant only, Defendant is without sufficient information to form a belief

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, 3:19-cv-08129-PCT-SMB)                    9999-9999                    3857211_1.docx

as to the truth of the allegations of paragraph 31 of the First Amended Complaint and, therefore, denies them.

32.    Paragraph 32 of the First Amended Complaint requires no response from this Defendant.

33.    Paragraph 33 of the First Amended Complaint requires no response from this Defendant.

## **GENERAL ALLEGATIONS**

34.    Defendant incorporates by reference paragraphs 1-33 of this Answer.

35.    Paragraph 35 of the First Amended Complaint requires no response from this Defendant.

36.    Paragraph 36 of the First Amended Complaint requires no response from this Defendant.

37.    Answering paragraph 37 of the First Amended Complaint, Defendant denies that it designs, manufactures, and/or assembles Kegs in the United States of America. Defendant admits the remaining allegations of paragraph 37 of the First Amended Complaint.

38.    Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 38 of the First Amended Complaint and, therefore, denies them.

39.    Answering paragraph 39 of the First Amended Complaint, for this answering Defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 39 of the First Amended Complaint and, therefore, denies them.

40.    Paragraph 40 of the First Amended Complaint requires no response from this Defendant.

41.    Paragraph 41 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4, 3:19-cv-08129-PCT-SMB)                9999-9999                3857211_1.docx

42.     Paragraph 42 of the First Amended Complaint requires no response from this Defendant.

43.     Paragraph 43 of the First Amended Complaint requires no response from this Defendant.

44.     Paragraph 44 of the First Amended Complaint requires no response from this Defendant.

45.     Paragraph 45 of the First Amended Complaint requires no response from this Defendant.

46.     Answering paragraph 46 of the First Amended Complaint for this answering defendant only, Defendant denies the allegations in paragraph 46 of the First Amended Complaint.

47.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 47 of the First Amended Complaint and, therefore, denies them.

48.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 48 of the First Amended Complaint and, therefore, denies them.

49.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 49 of the First Amended Complaint and, therefore, denies them.

50.     Paragraph 50 of the First Amended Complaint requires no response from this Defendant.

51.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 51 of the First Amended Complaint and, therefore, denies them.

52.     Paragraph 52 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 5, 3:19-cv-08129-PCT-SMB)                9999-9999                3857211_1.docx

53.     Paragraph 53 of the First Amended Complaint requires no response from this Defendant.

54.     Paragraph 54 of the First Amended Complaint requires no response from this Defendant.

55.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 55 of the First Amended Complaint and, therefore, denies them.

56.     Answering paragraph 56 of the First Amended Complaint Defendant denies that Semone is entitled to reasonable attorney's fees and costs. On information and belief, Defendant admits the remaining allegations of paragraph 56 of the First Amended Complaint.

**COUNT ONE**

**STRICT PRODUCT LIABLITY**

**(Against Blefa, Blefa USA, Sabco, Doe Individuals I through X, and Roe Lega Entities I through X)**

57.     Defendant incorporates by reference paragraphs 1-56 of this Answer.

58.     Answering paragraph 58 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 58 of the First Amended Complaint and, therefore, denies them.

59.     Answering paragraph 59 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 59 of the First Amended Complaint and, therefore, denies them.

60.     Answering paragraph 60 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 60 of the First Amended Complaint and, therefore, denies them.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 6, 3:19-cv-08129-PCT-SMB)                    9999-9999                    3857211_1.docx

61.     Answering paragraph 61 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 61 of the First Amended Complaint and, therefore, denies them.

62.     Answering paragraph 62 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 62 of the First Amended Complaint and, therefore, denies them.

63.     Answering paragraph 63 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 63 of the First Amended Complaint and, therefore, denies them.

64.     Answering paragraph 64 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 64 of the First Amended Complaint and, therefore, denies them.

65.     Answering paragraph 65 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 65 of the First Amended Complaint and, therefore, denies them.

66.     Paragraph 66 of the First Amended Complaint requires no response from this Defendant.

67.     Paragraph 67 of the First Amended Complaint requires no response from this Defendant.

68.     Paragraph 68 of the First Amended Complaint requires no response from this Defendant.

69.     Paragraph 69 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 7, 3:19-cv-08129-PCT-SMB)            9999-9999            3857211_1.docx

70.     Paragraph 70 of the First Amended Complaint requires no response from this Defendant.

71.     Paragraph 71 of the First Amended Complaint requires no response from this Defendant.

72.     Paragraph 72 of the First Amended Complaint requires no response from this Defendant.

73.     Answering paragraph 73 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 73 of the First Amended Complaint and, therefore, denies them.

74.     Answering paragraph 74 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 74 of the First Amended Complaint and, therefore, denies them.

75.     Paragraph 75 of the First Amended Complaint requires no response from this Defendant.

76.     Answering paragraph 76 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 76 of the First Amended Complaint and, therefore, denies them.

77.     Paragraph 77 of the First Amended Complaint requires no response from this Defendant.

78.     Answering paragraph 78 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 78 of the First Amended Complaint and, therefore, denies them.

79.     Paragraph 79 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 8, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

80.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 80 of the First Amended Complaint and, therefore, denies them.

81.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 81 of the First Amended Complaint and, therefore, denies them.

82.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 82 of the First Amended Complaint and, therefore, denies them.

83.     Answering paragraph 83 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 83 of the First Amended Complaint and, therefore, denies them.

84.     Paragraph 84 of the First Amended Complaint requires no response from this Defendant.

85.     Answering paragraph 85 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 83 of the First Amended Complaint and, therefore, denies them.

86.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 86 of the First Amended Complaint and, therefore, denies them.

87.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 87 of the First Amended Complaint and, therefore, denies them.

88.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 88 of the First Amended Complaint and, therefore, denies them.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 9, 3:19-cv-08129-PCT-SMB)                    9999-9999                    3857211_1.docx

89.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 89 of the First Amended Complaint and, therefore, denies them.

90.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 90 of the First Amended Complaint and, therefore, denies them.

91.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 91 of the First Amended Complaint and, therefore, denies them.

92.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 92 of the First Amended Complaint and, therefore, denies them.

93.     Answering paragraph 93 of the First Amended Complaint for this answering defendant only, Defendant denies the allegations of paragraph 93 of the First Amended Complaint.

94.     Paragraph 94 of the First Amended Complaint requires no response from this Defendant.

95.     Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 95 of the First Amended Complaint and, therefore, denies them.

## COUNT TWO

## STRICT PRODUCT LIABILITY

**(Against Dixon, Sabco, Doe Individuals I through X, and Roe Lega Entities 1 through X)**

96.     Defendant incorporates by reference paragraphs 1-95 of this Answer.

97.     Paragraph 97 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 10, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

98.     Paragraph 98 of the First Amended Complaint requires no response from this Defendant.

99.     Paragraph 99 of the First Amended Complaint requires no response from this Defendant.

100.    Paragraph 100 of the First Amended Complaint requires no response from this Defendant.

101.    Paragraph 101 of the First Amended Complaint requires no response from this Defendant.

102.    Paragraph 102 of the First Amended Complaint requires no response from this Defendant.

103.    Paragraph 103 of the First Amended Complaint requires no response from this Defendant.

104.    Paragraph 104 of the First Amended Complaint requires no response from this Defendant.

105.    Paragraph 105 of the First Amended Complaint requires no response from this Defendant.

106.    Paragraph 106 of the First Amended Complaint requires no response from this Defendant.

107.    Paragraph 107 of the First Amended Complaint requires no response from this Defendant.

108.    Paragraph 108 of the First Amended Complaint requires no response from this Defendant.

109.    Paragraph 109 of the First Amended Complaint requires no response from this Defendant.

110.    Paragraph 110 of the First Amended Complaint requires no response from this Defendant.

111.    Paragraph 111 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 11, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

112. Paragraph 112 of the First Amended Complaint requires no response from this Defendant.

113. Paragraph 113 of the First Amended Complaint requires no response from this Defendant.

114. Paragraph 114 of the First Amended Complaint requires no response from this Defendant.

115. Paragraph 115 of the First Amended Complaint requires no response from this Defendant.

116. Paragraph 116 of the First Amended Complaint requires no response from this Defendant.

117. Paragraph 117 of the First Amended Complaint requires no response from this Defendant.

118. Paragraph 118 of the First Amended Complaint requires no response from this Defendant.

119. Paragraph 119 of the First Amended Complaint requires no response from this Defendant.

120. Paragraph 120 of the First Amended Complaint requires no response from this Defendant.

121. Paragraph 121 of the First Amended Complaint requires no response from this Defendant.

122. Paragraph 122 of the First Amended Complaint requires no response from this Defendant.

123. Paragraph 123 of the First Amended Complaint requires no response from this Defendant.

124. Paragraph 124 of the First Amended Complaint requires no response from this Defendant.

125. Paragraph 125 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 12, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

1   126.   Paragraph 126 of the First Amended Complaint requires no response
2   from this Defendant.

3   127.   Paragraph 127 of the First Amended Complaint requires no response
4   from this Defendant.

5   128.   Paragraph 128 of the First Amended Complaint requires no response
6   from this Defendant.

7   129.   Paragraph 129 of the First Amended Complaint requires no response
8   from this Defendant.

9   130.   Paragraph 130 of the First Amended Complaint requires no response
10  from this Defendant.

11  131.   Paragraph 131 of the First Amended Complaint requires no response
12  from this Defendant.

13  132.   Paragraph 132 of the First Amended Complaint requires no response
14  from this Defendant.

15  133.   Paragraph 133 of the First Amended Complaint requires no response
16  from this Defendant.

17  134.   Paragraph 134 of the First Amended Complaint requires no response
18  from this Defendant.

19  135.   Paragraph 135 of the First Amended Complaint requires no response
20  from this Defendant.

21  136.   Paragraph 136 of the First Amended Complaint requires no response
22  from this Defendant.

23  137.   Paragraph 137 of the First Amended Complaint requires no response
24  from this Defendant.

25  138.   Paragraph 138 of the First Amended Complaint requires no response
26  from this Defendant.

27  139.   Paragraph 139 of the First Amended Complaint requires no response
28  from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 13, 3:19-cv-08129-PCT-SMB)          9999-9999                    3857211_1.docx

140.    Paragraph 140 of the First Amended Complaint requires no response from this Defendant.

141.    Paragraph 141 of the First Amended Complaint requires no response from this Defendant.

142.    Paragraph 142 of the First Amended Complaint requires no response from this Defendant.

## COUNT THREE

## STRICT PRODUCT LIABILITY

**(Against Blefa, Blefa USA, Sabco, Dixon, Doe Individuals I through X, and Roe Legal Entities I through X)**

143.    Defendants incorporates by reference paragraphs 1-142 of this Answer.

144.    Paragraph 144 of the First Amended Complaint requires no response from this Defendant.

145.    Defendants admits paragraph 145 of the First Amended Complaint.

146.    Paragraph 146 of the First Amended Complaint requires no response from this Defendant.

147.    Paragraph 147 of the First Amended Complaint requires no response from this Defendant.

148.    Paragraph 148 of the First Amended Complaint requires no response from this Defendant.

149.    Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 149 of the First Amended Complaint and, therefore, denies them.

150.    Paragraph 150 of the First Amended Complaint requires no response from this Defendant.

151.    Paragraph 151 of the First Amended Complaint requires no response from this Defendant.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 14, 3:19-cv-08129-PCT-SMB)            9999-9999            3857211_1.docx

152.     Answering paragraph 152 of the First Amended Complaint for this answering defendant only, Defendant denies the allegations of paragraph 152 of this First Amended Complaint.

153.     Paragraph 153 of the First Amended Complaint requires no response from this Defendant.

154.     Paragraph 154 of the First Amended Complaint requires no response from this Defendant.

155.     Answering paragraph 155 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 155 of the First Amended Complaint and, therefore, denies them.

156.     Paragraph 156 of the First Amended Complaint requires no response from this Defendant.

157.     Paragraph 157 of the First Amended Complaint requires no response from this Defendant.

158.     Paragraph 158 of the First Amended Complaint requires no response from this Defendant.

159.     Answering paragraph 159 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 159 of the First Amended Complaint and, therefore, denies them.

160.     Answering paragraph 160 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 160 of the First Amended Complaint and, therefore, denies them.

161.     Answering paragraph 161 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 15, 3:19-cv-08129-PCT-SMB)                 9999-9999                              3857211_1.docx

1  as to the truth of the allegations of paragraph 161 of the First Amended Complaint and,

2  therefore, denies them.

3    162. Paragraph 162 of the First Amended Complaint requires no response

4  from this Defendant.

5    163. Defendant is without sufficient information to form a belief as to the

6  truth of the allegations of paragraph 163 of the First Amended Complaint and,

7  therefore, denies them.

8    164. Answering paragraph 164 of the First Amended Complaint for this

9  answering defendant only, Defendant is without sufficient information to form a belief

10  as to the truth of the allegations of paragraph 164 of the First Amended Complaint and,

11  therefore, denies them.

12    165. Paragraph 165 of the First Amended Complaint requires no response

13  from this Defendant.

14    166. Paragraph 166 of the First Amended Complaint requires no response

15  from this Defendant.

16    167. Paragraph 167 of the First Amended Complaint requires no response

17  from this Defendant.

18    168. Answering paragraph 168 of the First Amended Complaint for this

19  answering defendant only, Defendant is without sufficient information to form a belief

20  as to the truth of the allegations of paragraph 168 of the First Amended Complaint and,

21  therefore, denies them.

22    169. Paragraph 169 of the First Amended Complaint requires no response

23  from this Defendant.

24    170. Paragraph 170 of the First Amended Complaint requires no response

25  from this Defendant.

26    171. Answering paragraph 171 of the First Amended Complaint for this

27  answering defendant only, Defendant is without sufficient information to form a belief

28

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

1    as to the truth of the allegations of paragraph 171 of the First Amended Complaint and,

2    therefore, denies them.

3        172.    Paragraph 172 of the First Amended Complaint requires no response

4    from this Defendant.

5        173.    Paragraph 173 of the First Amended Complaint requires no response

6    from this Defendant.

7        174.    Paragraph 174 of the First Amended Complaint requires no response

8    from this Defendant.

9        175.    Defendant is without sufficient information to form a belief as to the

10   truth of the allegations of paragraph 175 of the First Amended Complaint and,

11   therefore, denies them.

12       176.    Defendant is without sufficient information to form a belief as to the

13   truth of the allegations of paragraph 176 of the First Amended Complaint and,

14   therefore, denies them.

15       177.    Defendant is without sufficient information to form a belief as to the

16   truth of the allegations of paragraph 177 of the First Amended Complaint and,

17   therefore, denies them.

18       178.    Defendant is without sufficient information to form a belief as to the

19   truth of the allegations of paragraph 178 of the First Amended Complaint and,

20   therefore, denies them.

21       179.    Defendant is without sufficient information to form a belief as to the

22   truth of the allegations of paragraph 179 of the First Amended Complaint and,

23   therefore, denies them.

24       180.    Defendant is without sufficient information to form a belief as to the

25   truth of the allegations of paragraph 180 of the First Amended Complaint and,

26   therefore, denies them.

27

28

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 17, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

181.    Answering paragraph 181 of the First Amended Complaint for this answering defendant only, Defendant denies the allegations of paragraph 181 of this First Amended Complaint.

182.    Paragraph 182 of the First Amended Complaint requires no response from this Defendant.

183.    Paragraph 183 of the First Amended Complaint requires no response from this Defendant.

184.    Paragraph 184 of the First Amended Complaint requires no response from this Defendant.

185.    Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 185 of the First Amended Complaint and, therefore, denies them.

## COUNT FOUR

### NEGLIGENCE

186.    Defendants incorporates by reference paragraphs 1-185 of this Answer.

187.    Answer paragraph 187 of the First Amended Complaint for this answering Defendant only, Defendant denies the allegations of paragraph 187 of the First Amended Complaint as an incomplete, inaccurate statement of law.

188.    Paragraph 188 of the First Amended Complaint requires no response from this Defendant.

189.    Paragraph 189 of the First Amended Complaint requires no response from this Defendant.

190.    Paragraph 190 of the First Amended Complaint requires no response from this Defendant.

191.    Answering paragraph 191 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 191 of the First Amended Complaint and, therefore, denies them.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 18, 3:19-cv-08129-PCT-SMB)                9999-9999                3857211_1.docx

192.    Paragraph 192 of the First Amended Complaint requires no response from this Defendant.

193.    Answering paragraph 193 of the First Amended Complaint for this answering defendant only, Defendant denies the allegations of paragraph 193 of the First Amended Complaint.

194.    Answering paragraph 194 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 194 of the First Amended Complaint and, therefore, denies them.

## COUNT FIVE

### NEGLIGENCE

195.    Defendants incorporates by reference paragraphs 1-194 of this Answer.

196.    Answer paragraph 196 of the First Amended Complaint for this answering Defendant only, Defendant denies the allegations of paragraph 196 of the First Amended Complaint as an incomplete, inaccurate statement of law.

197.    Answering paragraph 197 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 197 of the First Amended Complaint and, therefore, denies them.

198.    Answering paragraph 198 of the First Amended Complaint for this answering defendant only, Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraph 198 of the First Amended Complaint and, therefore, denies them.

## GENERAL DENIAL

199.    Defendant denies any allegations of the First Amended Complaint not expressly admitted in this Answer.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 19, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx

## **AFFIRMATIVE DENFENSE**

For its Affirmative defenses in this case, Defendant alleges as follows:

1.      The First Amended Complaint fails to state a cause of action against this Defendant upon which relief may be granted.

2.      The statute(s) of limitations for bringing the claims in the First Amended Complaint have expired.

3.      The conduct of Plaintiff bars or reduces any recovery.

4.      The conduct of others bars or reduces any recovery.

5.      The product met the state of the art and was therefore not defective pursuant to A.R.S. § 12-683(1).

6.      The product conformed to industry standards and was therefore not defective.

7.      The product was used for a purpose, in a manner or in an activity that was not reasonably foreseeable or was contrary to the express and adequate warnings appearing on or attached to the product or on its original container or wrapping which Plaintiff knew or should have known which bars or reduces any recovery pursuant to A.R.S. § 12-683(3).

8.      The product may have been altered or misused which if true bars or reduces any recovery pursuant to A.R.S. § 12-683 (2).

9.      Plaintiff has a duty to mitigate her damages which, if she did not meet that duty, bars or reduces any recovery.

10.      The incident may have been due to an intervening cause barring any recovery.

11.      Discovery has not yet commenced so Defendant reserves the right to add to the affirmative defenses based on further discovery and investigation.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 20, 3:19-cv-08129-PCT-SMB)                    9999-9999                    3857211_1.docx

**WHEREFORE,** having fully answered, Defendant demands judgment and an award of its reasonable costs of defense.

RESPECTFULLY SUBMITTED this 14th day of May, 2019.

RENAUD COOK DRURY MESAROS, PA

By *s/Charles S. Hover, III*
    William W. Drury
    John A. Klecan
    Jeffrey S. Hunter
    Charles S. Hover, III
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417
    *Attorneys for Defendant BLEFA Kegs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Chad A. Schaub
BIGHORN LAW, LLC
500 West Ray Road, Suite 10
Chandler, Arizona 85225
*chad@bighornlaw.com*

Michael P. Obert, Jr.
Lewis Brisbois
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012
*Michael.Obert@lewisbrisbois.com*
*Attorneys for Dixon Valve &*
*Coupling Company, LLC*

Tom Timmers
Haims Timmers, LLC
4001 West Central Avenue, Suite 5
Toledo, Ohio 43606
*tom@haimstimmers.com*
*Attorneys for Sabco Craft Equipment,*
*LLC*

By *s/Carol Almaraz*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 21, 3:19-cv-08129-PCT-SMB)          9999-9999          3857211_1.docx